UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00194-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  ANDRE MCCARTER,

      Defendants.

---

## ORDER

---

      This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Wednesday, February 22, 2012,** and responses to these motions shall be filed by **Friday, March 2, 2012**.  It is

      FURTHER ORDERED that <u>Defendant shall file a status report regarding the status of any previously filed pretrial motions by **Wednesday, February 22, 2012**</u>.  It is

      FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference shall not be set at this time.  Counsel shall contact Chambers should a hearing become necessary.  It is

      FURTHER ORDERED that a 3-day jury trial is set for **Monday, March 12, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated:  February 8, 2012

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge