UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00194-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ANDRE MCCARTER, et al.

    Defendants.

## ORDER

THIS MATTER coming before the Court upon motion of the United States to grant Defendant Andre McCarter an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that Government's Motion under U.S.S.G. 3E1.1(b) for 1-Level Reduction in Defendant Andre Mccarter's Offense Level for Acceptance of Responsibility (ECF Doc. No. 79), filed March 2, 2012, is **GRANTED.**  It is further

ORDERED that Defendant Andre McCarter be granted an additional one-level decrease in the offense level.

Dated: March 7, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE